EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Respondent, *v.* THOMAS O. THACHER, Appellant.

(Submitted September 27, 1920; decided October 5, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 229 N. Y. 172.)